THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Interest
 of Ronald S., a juvenile under the age of seventeen, Appellant.
 
 
 

Appeal From Richland County
 Anne Gue Jones, Family Court Judge
Unpublished Opinion No. 2011-UP-030
Submitted January 1, 2011  Filed January
 26, 2011
APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy Attorney General John
 W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of
 Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Ronald S. appeals his commitment to the
 Department of Juvenile Justice for an indeterminate time not to exceed his
 twenty-first birthday for assault with the intent to kill.  Ronald argues the
 family court erred in admitting testimony that violated his constitutional
 right to confront the witnesses against him.  After a thorough review of the record and counsel's brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL DISMISSED.
THOMAS, PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.